Eugene P. Ramirez, Esq., (State Bar No. 134865)
Michael J. Le, Esq., (State Bar No. 284521)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 South Figueroa Street
15th Floor at 801 Tower
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
epr@manningllp.com, mjl@manningllp.com

**(Exempt from Filing Fee per Gov. Code §6103)**

JS-6

Attorneys for Defendants, CITY OF MANHATTAN BEACH and MANHATTAN BEACH POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY J. WHITE, individually; KASHMERE WHITE, individually; <br><br> Plaintiffs, <br><br> vs. <br><br> MANHATTAN BEACH POLICE DEPARTMENT, a public agency, and DOES 1 to 50, Inclusive, <br><br> Defendants. | Case No.: 2:14-cv-03977-R-VBK <br> [*Hon. Manuel L. Real, District Judge; Hon. Victor B. Kenton, Magistrate Judge*] <br><br> **ORDER RE STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE** <br><br> **[FRCP 41(a)(1)(A)(ii)]** <br><br> Complaint Filed: April 2, 2014 <br> Trial Date:         February 24, 2015 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1) Defendants are dismissed with prejudice from this action by Plaintiffs.

2) This Dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees, and attorneys' fees arising out of this litigation between these parties.

IT IS SO ORDERED.

Dated: December 15, 2014

_____
UNITED STATES DISTRICT JUDGE

-1-
G:\docsdata\EPR\White, Corey\Pleadings\Proposed Order re Stipulation to Dismiss.001.wpd